UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEYBANK NATIONAL ASSOCIATES,
a national banking association,

        Plaintiff,                    CASE NUMBER: 08-11931
                                          HONORABLE VICTORIA A. ROBERTS
v.

STONERIDGE COMMUNITIES LLC., a Michigan
limited liability company, et. al.,

        Defendants.
_____/

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

The Court reviewed Plaintiff's Complaint and cannot determine whether it has jurisdiction because Plaintiff failed to comply with FED. R. CIV. P. 8(a)(1) and state the citizenship of all parties.

Pursuant to 28 U.S.C. §§ 1332, 1653 Plaintiff's claim is *sua sponte* **DISMISSED WITHOUT PREJUDICE**.

Plaintiff may file an amended complaint alleging facts sufficient to support federal jurisdiction. *Jackson v. Heh*, No. 98-4420, 2000 U.S. App. LEXIS 14075, at *26-27 (6th Cir. June 2, 2000) (unpublished); *Poly-Flex Constr., Inc. v. Neyer, Tiseo & Hindo, Ltd.*, No. 07-1090, 2008 U.S. Dist. LEXIS 22970, at *8-15 (W.D. Mich. Mar. 24, 2008).

    **IT IS ORDERED**.

                                                 /s/ Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United States District Judge

Dated: June 2, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 2, 2008.

s/Linda Vertriest
Deputy Clerk